EDWIN C. NOTHIGER, Suing as an Owner and Holder of Preferred Stock of CORROON & REYNOLDS CORPORATION, on Behalf of All the Owners and Holders of Said Stock, Appellant, *v.* CORROON & REYNOLDS CORPORATION, Respondent.

Argued April 3, 1944; decided April 6, 1944.

*Moses S. Finsilver* for motion.
*Edward M. Garlock* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.